IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE R. HASTINGS, SR.　　　　　:　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
GEORGE R. HASTINGS, JR.　　　　　:　　　NO. 09-0255

M E M O R A N D U M

BRODY, J.　　　　　　　　　　　　APRIL 2⁷, 2009

　　　　Plaintiff, a prisoner, is seeking to bring a civil
action without prepayment of fees, alleging that his son, George
R. Hastings, Jr., misappropriated his assets after he was
incarcerated.

　　　　Pursuant to 28 U.S.C. § 1915(g), a prisoner who on
three or more prior occasions while incarcerated has filed an
action in a federal court that was dismissed as frivolous,
malicious, or for failure to state a claim upon which relief may
be granted, must be denied in forma pauperis status unless he was
in imminent danger of serious physical injury at the time that
the complaint was filed.  Abdul-Akbar v. McKelvie, 239 F.3d 307
(3d Cir.), cert. denied, 533 U.S. 953 (2001).

　　　　Plaintiff has, prior to the instant action, filed four
civil actions in this Court which were dismissed as frivolous or
for failure to state a claim upon which relief may be granted.[1]
Furthermore, nothing in this complaint suggests that plaintiff

---

1.   Civil action no. 05-1862 was dismissed as frivolous on April
26, 2005; Civil action nos. 04-3149 and 04-3150 were dismissed as
frivolous on March 3, 2005; and Civil action no. 04-3489 was
dismissed for failure to state a claim upon which relief may be
granted on August 3, 2004.

was in imminent danger of serious physical injury at the time the complaint was filed.

Accordingly, plaintiff's motion to proceed in forma pauperis will be denied.

An appropriate order follows.