IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE HASTINGS, SR. | : | CIVIL ACTION |
| v. | : | |
| GEORGE R. HASTINGS, JR. | : | NO. 09-0255 |

O R D E R

AND NOW, this 24 day of April, 2009, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

_____
ANITA B. BRODY, J.